# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dalton, Jr., Roy B. | U.S. District Court, Middle District of Florida | 05/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2020  **to**  12/31/2020 |
|---|---|---|

**7. Chambers or Office Address**

401 West Central Blvd.
Suite 4750
Orlando, FL 32801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Rugby Property, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Rugby Property, LLC - Management Fee |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dalton, Jr., Roy B.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Rugby Property, LLC: (Passive Investment as General Partner) | | | | | | | | | |
| 2. - Seaside Bank Account | | None | J | T | | | | | |
| 3. - Rental Property #3 (Pensacola, FL) | F | Rent | O | W | | | | | |
| 4. Rental Property, Orlando, FL | E | Rent | M | W | | | | | |
| 5. Government Personnel Mutual Whole Life | A | Interest | J | T | | | | | |
| 6. Seaside Bank Accounts | A | Interest | J | T | | | | | |
| 7. John Hancock Guaranteed Universal Life Policy | | None | N | T | | | | | |
| 8. Working Interest - Baker, Fisher County, TX | A | Royalty | J | W | | | | | |
| 9. Working Interest - Baldwin, Clay County, TX | | None | J | W | | | | | |
| 10. Working Interest - Cato #11, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 11. Working Interest - Gibson 1, Cottle County, TX | A | Royalty | J | W | | | | | |
| 12. Working Interest - Hamilton #2, Palo Pinto County, TX | | None | J | W | | | | | |
| 13. Working Interest, Lytle Unit, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 14. Working Interest, Mayfield - Clay County, TX | A | Royalty | J | W | | | | | |
| 15. Working Interest - McLellan-Swofford, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 16. Working Interest - McNeese West, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 17. Working Interest - Minshew Unit, Hardeman County, TX | A | Royalty | J | W | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Working Interest - Smith Eagle Creek #1, Nolan County, TX | | None | J | W | | | | | |
| 19. Working Interest - Smith Eagle Creek #2, Nolan County, TX | | None | J | W | | | | | |
| 20. Working Interest - Southern Cotton, Hardeman County, TX | D | Royalty | K | W | | | | | |
| 21. Working Interest - Stell #2, Clay County, TX | A | Royalty | J | W | | | | | |
| 22. Working Interest - Word #5, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 23. Working Interest - Word #A-2, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 24. Working Interest - Young, Hardeman County, TX | B | Royalty | J | W | | | | | |
| 25. Working Interest - Word #4, Hardeman County, TX | | None | J | W | | | | | |
| 26. Working Interest - Johnson #1, King County, TX | A | Royalty | J | W | | | | | |
| 27. Working Interest - Word #6, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 28. Working Interest - Southern Cotton A-1, Hardeman County, TX | A | Royalty | J | W | | | | | |
| 29. Working Interest - House, Jack County, TX | A | Royalty | J | W | | | | | |
| 30. GK Aviation, LLC (Passive Investment as a Limited Partner) | | None | J | U | | | | | |
| 31. GK Aviation, Inc. (Passive Investment as a Limited Shareholder) | | None | K | U | | | | | |
| 32. Brokerage Account #1: | | | | | | | | | |
| 33. - Seaside Bank Account Sweep Fund | A | Interest | J | T | | | | | |
| 34. - United Community Banks Inc (FKA Three Shores Bancorp) Common Stock | D | Dividend | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Brokerage Account #2: | | | | | | | | | |
| 36. | - Seaside Bank Account Sweep Fund | A | Interest | K | T | | | | | |
| 37. | - Eagle Mtn & Saginaw Tex Indpt Ultd Tax Ref Bds | A | Interest | K | T | | | | | |
| 38. | - Wheelerville NY Un Free Sch D GO Sch Dist Bds | A | Interest | K | T | | | | | |
| 39. | - Lord Abbett Investment Trust | B | Dividend | K | T | | | | | |
| 40. | - Metropolitan West Total Return Fund | C | Dividend | K | T | Sold (part) | 03/16/20 | J | A | |
| 41. | | | | | | Buy (add'l) | 04/30/20 | K | | |
| 42. | | | | | | Buy (add'l) | 10/15/20 | J | | |
| 43. | - Vanguard Total Stock Market Index Fund - ADM #585 Mutual Fund | A | Dividend | K | T | Sold (part) | 02/19/20 | J | B | |
| 44. | | | | | | Buy (add'l) | 04/02/20 | J | | |
| 45. | | | | | | Sold (part) | 04/29/20 | J | C | |
| 46. | | | | | | Sold (part) | 04/29/20 | J | A | |
| 47. | - United Community Banks Inc (FKA Three Shores Bancorp) Common Stock | A | Dividend | L | T | | | | | |
| 48. | - Fargo N D Ref Impt Bonds 2012 | A | Interest | K | T | | | | | |
| 49. | - Berks County PA Go Bonds 2015 | A | Interest | K | T | | | | | |
| 50. | - Wilkes County NC Ltd Oblig Ref Bonds 2015 | B | Interest | K | T | | | | | |
| 51. | - Bellingham Washington Go Bonds | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dalton, Jr., Roy B. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Daytona Beach FL Go Ref Bonds 2012 | A | Interest | K | T | | | | | |
| 53. - Legg Mason Partners Equity (FKA: Clearbridge Large Cap Growth I Fd) | A | Dividend | J | T | Sold (part) | 02/19/20 | J | B | |
| 54. | | | | | Sold (part) | 04/16/20 | J | B | |
| 55. - Columbia Dividend Income Fund Cl Y | A | Dividend | K | T | Sold (part) | 01/27/20 | J | A | |
| 56. - Hays Cnty Tex Ltd Tax Ref Bonds 2013 | A | Interest | K | T | | | | | |
| 57. - Vanguard Equity Income Fund (FKA Fenway Fds Equity Income Fd) | A | Dividend | J | T | Sold (part) | 01/09/20 | J | A | |
| 58. | | | | | Sold (part) | 01/27/20 | J | A | |
| 59. | | | | | Sold (part) | 02/19/20 | J | A | |
| 60. | | | | | Sold (part) | 03/16/20 | J | | |
| 61. - Albuquerque N Mex Gen 3% Bond 2013 | A | Interest | K | T | | | | | |
| 62. - Tampa Bay Wtr Fla A Regl Wtr Ref Bonds 2015 | A | Interest | K | T | | | | | |
| 63. - Washington Cnty Ore Sch 5% Bond 2014 | B | Interest | | | Sold | 10/14/20 | K | B | |
| 64. - Pimco FDS Income Fund | B | Dividend | J | T | Sold (part) | 04/29/20 | K | | |
| 65. | | | | | Sold (part) | 09/24/20 | J | | |
| 66. | | | | | Sold (part) | 11/17/20 | J | A | |
| 67. - Bank of America Corp Fr Dtd 08/26/14 | B | Interest | K | T | | | | | |
| 68. - Marriott Intl Inc New Sr Glbl Dtd 09/14/15 | A | Interest | | | Sold | 04/15/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dalton, Jr., Roy B.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  - Goldman Sachs Group Inc Sr Glbl | A | Interest | K | T | | | | | |
| 70.  - CVS Health Corp 2.875% | A | Interest | K | T | | | | | |
| 71.  - Bucks County PA Wtr & Sewer | A | Interest | K | T | | | | | |
| 72.  - Cohen & Steers Real Estate Securities | A | Dividend | | | Sold | 03/31/20 | J | | |
| 73.  - Cohen & Steers Preferred Sec & Income | B | Dividend | K | T | | | | | |
| 74.  - JP Morgan Chase & Co 3.625%<br>12/01/2027 Bond | A | Interest | J | T | Buy | 06/26/20 | J | | |
| 75.  - iShares Gold Trust Common Stock | | None | J | T | Buy | 04/16/20 | J | | |
| 76.  - American Funds The Bond Fund of<br>America Class F-3 | A | Dividend | J | T | Buy | 05/01/20 | J | | |
| 77. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 78.  - Franklin County Tennessee GO Bond | A | Interest | K | T | Buy | 10/15/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII (Investments and Trusts): The royalty income disclosed in Column B for each working interest is gross income from the specific oil well.

2) Part VII (Investments and Trusts) - The Three Shores Bancorporation Common Stock reported on the 2019 FDR in Part VII, Line 30 was previously held outside of a brokerage account.  During 2020, this common stock was moved into Brokerage Account #1.  The common stock previously reported on Line 30 is now reported on Line 34 where it has been combined with the other Three Shores Bancorporation common stock that was already held inside of Brokerage Account #1.

Additionally, Three Shares Bancorporation underwent a merger during 2020 and is now United Community Banks, Inc.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Roy B. Dalton, Jr.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544